UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>    )<br>    Plaintiff,   )<br>    )<br>v.       )   NO. 2:17 CR 0017-PPS/JEM<br>    )<br>MARIA TAVIZON,    )<br>    )<br>    Defendant.   ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Maria Tavizon's decision to plead guilty to the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 30, 31.] Following a hearing held on the record on June 13, 2024 [DE 31], Judge Martin found that defendant understands the charge, her rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into her decision to enter a plea of guilty to the indictment charging her with knowingly attempting to distribute a mixture or substance containing heroin in violation of 21 U.S.C. §§ 841(a)(1) and 846. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Maria Tavizon's plea of guilty, to which no timely objection was filed, the Court hereby ADOPTS the findings and recommendation [DE 30] in their entirety.

Defendant, Maria Tavizon, is adjudged GUILTY of the indictment. The sentencing hearing will be set by separate order.

ENTERED: June 28, 2024.

                                            /s/   Philip P. Simon
                                            PHILIP P. SIMON, JUDGE
                                            UNITED STATES DISTRICT COURT